THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 CitiCorp Trust
 Bank, FSB, Respondent,
 
 
 
 
 

v.

 
 
 
 Jason Pugh,
 Wanda Ham a/k/a Wanda Ham Pugh, Arthur G. Gibbons, and Johnnie B. Gibbons, Defendants,
 
 
 Of whom Wanda Ham
 a/k/a Wanda Ham Pugh is the Appellant.
 
 
 
 
 
 

Appeal From Sumter County
Richard Booth, Master-In-Equity

Unpublished Opinion No. 2011-UP-105
 Submitted February 1, 2011  Filed March
15, 2011    

AFFIRMED

 
 
 
 Wanda Pugh, of Sumter, pro se.
 Stephen M. Cox and David C. Kimball, both of Rock Hill, for
 Respondent.
 
 
 

PER CURIAM: Wanda
 Pugh appeals the master's order for foreclosure and sale of her home in Sumter
 County.  Pugh's brief contains no specific arguments of error by the master. 
 We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  S.C.
 Dep't of Transp. v. First Carolina Corp. of S.C., 372 S.C. 295, 301-02, 641
 S.E.2d 903, 907 (2007) (holding in order for an issue to be preserved for
 appellate review, it must have been raised to and ruled upon by the trial judge); see also First Sav. Bank v. McLean, 314 S.C. 361, 363, 444 S.E.2d
 513, 514 (1994) (stating an issue is deemed abandoned and will not be
 considered on appeal if "[a]ppellant fails to provide arguments or
 supporting authority for his assertion").  
AFFIRMED.
FEW, C.J.,
 KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 rule 215, SCACR.